**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Vincent Lamar BOULWARE,
Defendant-Appellant.**

**No. 17-6182**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 20, 2017

Decided: June 30, 2017

Vincent Lamar Boulware, Appellant Pro Se. Donald David Gast, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before DUNCAN, DIAZ, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

**PER CURIAM:**

Vincent Lamar Boulware appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Boulware,* No. 1:08-cr-00082-MR-1 (W.D.N.C. Jan. 12, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*